1  MARIA E. STRATTON (No. 090986)
   Federal Public Defender
2  NADINE C. HETTLE (No. 149842)
   Deputy Federal Public Defender
3  321 East 2nd Street
   Los Angeles, California 90012-4202
4  Telephone (213) 894-4790
5  Facsimile (213) 894-0081

6  Attorneys for Defendant
   BARRY FRANCIS NISELY

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 UNITED STATES OF AMERICA,        )  NO. CR 02-1195-FMC
13              Plaintiff,          )  SUBMISSION OF PREVIOUSLY
                                    )  FILED STIPULATION RE:
14         v.                       )  CONTINUANCE OF TRIAL DATE
                                    )  AND EXCLUDABLE TIME;
15 BARRY FRANCIS NISELY,            )  [PROPOSED] ORDER WITH
                                    )  DEFENDANT'S ORIGINAL
16              Defendant.          )  SIGNATURE
17                                  )

18
        Defendant Barry Francis Nisely, by and through his attorney of record Deputy
19
   Federal Public Defender Nadine C. Hettle, hereby submits Stipulation Re:
20
   Continuance of Trial Date and Excludable Time; [Proposed] Order which was
21
   previously filed with the court without Mr. Nisely's original signature.
22

23
                                       Respectfully submitted,
24
                                       MARIA E. STRATTON
25                                     Federal Public Defender

26
   DATED: April 0, 2004               By _____
27                                        NADINE C. HETTLE
                                          Deputy Federal Public Defender
28

DEBRA W. YANG
United States Attorney
STEVEN D. CLYMER
Special Assistant United States Attorney
Chief, Criminal Division
WESLEY L. HSU (Cal. Bar No. 188015)
RUPA GOSWAMI (Cal. Bar No. 200033)
Assistant United States Attorneys
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3045/5486
    Facsimile: (213) 894-8601/3713

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 02-1195-FMC |
|---|---|
| Plaintiff, | ) STIPULATION RE: CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME; [PROPOSED] ORDER |
| v. | |
| BARRY FRANCIS NISELY, | ) TRIAL:  April 6, 2004 |
| Defendant. | ) TIME:   9:00 a.m. |
| | ) [Prop. Date: July 27, 2004] |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Wesley L. Hsu and Rupa Goswami, and defendant Barry Francis Nisely ("defendant"), individually and by and through his counsel of record, Deputy Federal Public Defenders Nadine Hettle and Sylvia Torres-Guillen, hereby stipulate as follows:

1. Defendant is charged in a one-count indictment alleging a violation of 18 U.S.C. § 2422(b). The indictment was filed on November 19, 2002. Defendant appeared for post-indictment arraignment on November 25, 2002, and entered a plea of not

guilty. Trial in this case was originally scheduled for January 14, 2003. Defendant is not in custody pending trial and is under the supervision of pre-trial services.

2. By stipulation and order, defendant and the government requested continuances ultimately setting the trial date for April 6, 2004, with a status conference and motions hearing on March 29, 2004.

3. The government filed a motion <u>in limine</u> to admit certain evidence on December 22, 2003.

4. By stipulation and proposed order, defendant and the government request a continuance of the trial date from April 6, 2004, to July 27, 2004, at 9:00 a.m., with a status conference scheduled for July 12, 2004, at 2:00 p.m. The parties agree and stipulate, and request that the Court find the following:

    a. In light of the impending trial date, defendant requests a continuance to determine whether pre-trial motions are appropriate, to oppose the government's pre-trial motion, to determine whether this case will proceed to trial, and to adequately prepare for trial; specifically, defendant's counsel needs more time to evaluate electronic discovery produced by the government. Moreover, defendant's proposed expert is not available to testify the week of April 6, 2004, and defense counsel and their expert are not both available any time prior to the end of June. Government counsel is not available in early July, so July 27, 2004 was the first date where all counsel and

1  defense counsel were available. The parties do not anticipate
2  the need for any additional continuances;
3      b.  Defendant is out on bond, is not prejudiced by this
4  continuance, understands the ramifications of requesting a
5  continuance, and consents to a continuance of the trial date;
6      c.  The parties believe that failure to grant the
7  above-requested continuance would deny defense counsel and the
8  defendant the reasonable time necessary for effective preparation
9  taking into account the exercise of due diligence;
10     d.  Based on the above-stated findings, the ends of
11 justice served by continuing the case as requested outweigh the
12 interest of the public and the defendant in a trial within the
13 date prescribed by the Speedy Trial Act;
14     e.  For purposes of computing time under the Speedy
15 Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must
16 commence, the time period of April 6, 2004, to July 27, 2004,
17 should be deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A)
18 and (B)(iv) as the requested continuance is necessary to allow
19 continuity of counsel and the reasonable time necessary for the
20 effective preparation of a defense or most favorable resolution
21 of the case, taking into account the exercise of due diligence;
22     f.  This time should also be deemed excluded pursuant
23 to 18 U.S.C. § 3161(h)(3)(A) because of the unavailability of an
24 essential defense witness.
25     g.  This time should also be deemed excluded pursuant
26 to 18 U.S.C. § 3161(h)(1)(F) because of the pending government
27 motion.
28

h. The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence and that the continuance is not based on congestion of the Court's calendar, nor on the lack of diligence on the part of the attorney for the government or the defense, 18 U.S.C. § 3161(h)(8)(C).

IT IS SO STIPULATED.

Respectfully Submitted,

DEBRA W. YANG
United States Attorney

DATED: March ___, 2004

RUPA GOSWAMI
WESLEY L. HSU
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: March ___, 2004

BARRY FRANCIS NISELY
Defendant

DATED: March ___, 2004

NADINE HETTLE
Deputy Federal Public Defender

Attorney for Defendant
Barry Francis Nisely

O R D E R

IT IS SO FOUND AND ORDERED this 6th day of ~~March~~ April.

HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

4

PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the **SUBMISSION OF PREVIOUSLY FILED STIPULATION RE: CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME [PROPOSED] ORDER WITH DEFENDANT'S ORIGINAL SIGNATURE.**

On April 6, 2004, following ordinary business practice, service was:

[X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

WESLEY HSU
Assistant United States Attorney
United States Court House
312 North Spring Street, Suite 1500
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on April 5, 2004.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

ANTONIA OLMEDO