UNITED STATES DISTRICT COURT  Send
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER - GENERAL

Case No. CR 02-1195 FMC                         Date July 12, 2004

PRESENT:

HONORABLE   FLORENCE-MARIE COOPER  , DISTRICT JUDGE

| Alicia Mamer | Pat Cuneo | Wesley Hsu and Rupa Goswami |
|---|---|---|
| COURTROOM CLERK | COURT REPORTER | ASSISTANT U.S. ATTORNEY |
| | INTERPRETER   N/A | |

U.S.A. -v- DEFENDANTS                           ATTORNEYS FOR DEFENDANTS

(1) BARRY FRANCIS NISELY                        (1) Nadine Hettle and Silvia Torres-Guillen, DFPD
X PRESENT _ CUSTODY X BOND _ O/R               X PRESENT X APPOINTED _ RETAINED

PROCEEDINGS:   STATUS CONFERENCE and GOVERNMENT'S MOTIONS IN LIMINE:
1) FOR ORDER PERMITTING THE ADMISSION OF CERTAIN EVIDENCE, etc.
2) RE TESTIMONY OF DR. S. KEISLER
3) NOTICE OF INTENT TO INTRODUCE RECORDED STATEMENTS

The Court hears oral argument in the above-referenced motions. The motion for order is GRANTED as redacted as to the defendant's statements and DENIED as to prior attempts of the defendant. The motion re testimony of Dr. Keisler is UNDER SUBMISSION pending receipt and consideration of a written report. There is no ruling required as to the Notice of Intent.

The defendant's request to remove the electronic monitoring condition of pre-trial supervision shall be considered upon receipt of a new report from pre-trial services.

The Court sets a further status conference on **Tuesday, July 20, 2004 at 2:00 p.m.**

cc: PSA



ENTER ON ICMS

JUL 1 3 2004

Initials of Deputy Clerk

41